UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00678-F

| | |
|---|---|
| SHELVIA J. DAVIS and WALTER K. DAVIS,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>WELLS FARGO BANK, NATIONAL ASS'N<br>　　　　Defendant. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 28th day of November, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　　Senior United States District Judge